**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**AGENCY DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.  13-1183    2. DATE DOCKETED: 05-20-2013
3. CASE NAME (lead parties only)  SoundExchange  v.  Copyright Royalty Board
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Copyright Royalty Judges
   b. Give agency docket or order number(s): 2011-1 CRB PSS/Satellite II
   c. Give date(s) of order(s): Final Determination 2/14/2013; Final Determination published 4/17/2013
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes ☐ No
      If so, when was it filled? 12/31/2012  By whom? SoundExchange, Sirius XM
      Has the agency acted? ☒ Yes ☐ No  If so, when? 1/30/2013
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The order under review determined the rates and terms of royalty payments Appellant will receive under Sections 114 and 112 of the Copyright Act. Order, 78 Fed. Reg. 23054 (April 17, 2013).
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes ☒ No If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.

Signature [signed]   Date 6/19/13
Name of Counsel for Appellant/Petitioner  Matthew S. Hellman, Jenner & Block
Address  1099 New York Ave, NW / Suite 900 / Washington, DC 20001
E-Mail  mhellman@jenner.com   Phone (202) 639-6861   Fax (202) 661-4983

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

Pursuant to Circuit Rule 15(c), I, Matthew S. Hellman, hereby certify that I served copies of the foregoing by filing it with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system and that counsel designated below are registered CM/ECF users. I further certify that I have caused copies of the foregoing to be sent to the counsel designated below by electronic mail and First Class mail on the 19th of June, 2013:

| | |
|---|---|
| Mark R. Freeman<br>Scott R. McIntosh<br>Civil Division, Appellate Staff<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Room 7228<br>Washington, DC 20530<br>mark.freeman2@usdoj.gov<br>scott.mcintosh@usdoj.gov<br><br>*Counsel for the Copyright Royalty Board* | |
| R. Bruce Rich<br>Bruce S. Meyer<br>Todd D. Larson<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Fax: (212) 310-8007<br>r.bruce.rich@weil.com<br>bruce.meyer@weil.com<br>todd.larson@weil.com<br><br>*Counsel for Sirius XM Radio Inc.* | Paul M. Fakler<br>Eric Roman<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York 10019-5874<br>Fax: (212) 484-3990<br>fakler.paul@arentfox.com<br>roman.eric@arentfox.com<br><br>*Counsel for Music Choice* |

/s/ Matthew S. Hellman
Matthew S. Hellman