

# United States Copyright Royalty Judges

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| **Determination of Rates and Terms for** | ) **Docket No. 2011-1 CRB PSS/Satellite II** |
| **Pre Existing Subscription and Satellite** | ) |
| **Digital Audio Radio Service** | ) |
| | ) |

## CERTIFICATION STATEMENT OF SUZANNE M. BARNETT

I, Suzanne M. Barnett, Chief Copyright Royalty Judge of the United States Copyright Royalty Judges located in the Library of Congress, hereby certify that the attached List of Items in the Record in Docket No. 2011-1 CRB PSS/Satellite II, is a true and accurate listing of all filings in the record of the proceeding before the Copyright Royalty Judges to determine the rates and terms of the royalty payments payable by Preexisting Subscription Services (PSS) and Satellite Digital Audio Radio Services (SDARS) under the Copyright Act, 17 U.S.C. §§ 112 and 114.

Suzanne M. Barnett
Chief U.S. Copyright Royalty Judge

June 27, 2013

**DOCKET NO. 2011-1 CRB PSS/SATELLITE II**
**DETERMINATION OF RATES AND TERMS FOR PREEXISTING**
**SUBSCRIPTION AND SATELLITE DIGITAL AUDIO RADIO SERVICE**

| INDEX | FILING | DATE | PARTY | DESCRIPTION |
|---|---|---|---|---|
| CRB1 | Filing | 1-26-11 | SoundExchange (SX) | Petition to Participate |
| CRB2 | Filing | 2-2-11 | Music Choice | Petition to Participate |
| CRB3 | Filing | 2-4-11 | Muzak LLC | Petition to Participate |
| CRB4 | Filing | 2-4-11 | Music Reports Inc. | Petition to Participate |
| CRB5 | Filing | 2-4-11 | Sirius XM Radio Inc. | Petition to Participate |
| CRB6 | ORDER | 2-17-11 | CRB | ORDER ANNOUNCING NEGOTIATION PERIOD |
| CRB7 | Filing | 8-1-11 | Music Choice | Notification of Status of Settlement Negotiations |
| CRB8 | Filing | 8-1-11 | Jenner & Block LLP | Notice of Appearance and Notice of Representation |
| CRB9 | Filing | 8-1-11 | SX | Notice of Status of Settlement Negotiations |
| CRB10 | Filing | 8-1-11 | Sirius XM | Notice of Status of Negotiations |
| CRB11 | Filing | 8-1-11 | Muzak LLC | Notification of Status of Negotiations |
| CRB12 | ORDER | 8-17-11 | CRB | ORDER SETTING DEADLINE FOR FILING WRITTEN DIRECT STATEMENTS |
| CRB13 | Filing | 10-13-11 | SX/Sirius XM/ Music Choice/ Muzak LLC | Joint Motion to Adopt Protective Order |
| CRB14 | ORDER | 11-16-11 | CRB | ORDER GRANTING JOINT MOTION TO ADOPT PROTECTIVE ORDER |
| CRB15 | Filing | 11-22-11 | Muzak LLC | Notification of Withdrawal |
| CRB16 | Filing | 11-28-11 | Music Reports | Notice of Withdrawal |
| CRB17 | Filing | 11-29-11 | SX | Written Direct Statements (Vol 1 & Vol 2-Restricted) |
| CRB18 | Filing | 11-29-11 | SX | Motion for Application of Protective Order to Certain Information Contained In It's Written Direct |

Case

| CRB19 | Filing | 11-29-11 | Sirius XM Radio | Notice of Appearance |
|---|---|---|---|---|
| CRB20 | Filing | 11-29-11 | Sirius XM Radio | Motion to Treat As Restricted Certain Portion of Written Direct Statements |
| CRB21 | Filing | 11-29-11 | Sirius XM Radio | Written Direct Statements (Vol. 1-7-Restricted) |
| CRB22 | Filing | 11-29-11 | Music Choice | Supplemental Notice of Appearance |
| CRB23 | Filing | 11-29-11 | Music Choice | Written Direct Statements with Exhibits, Vol. 1-3  (Public & Restricted) |
| CRB24 | Filing | 12-2-11 | SX | Written Direct Statements (Public) |
| CRB25 | Filing | 12-5-11 | Sirius XM Radio | Written Direct Statements (Public) |
| CRB26 | Filing | 12-21-11 | SX, Sirius XM Radio Music Choice | Joint Motion for Issuance of Discovery Schedule |
| CRB27 | ORDER | 1-3-2012 | CRB | DISCOVERY SCHEDULE ORDER |
| CRB28 | Filing | 1-12-12 | Sirius XM Radio | Unopposed Motion to Submit the Corrected Written Direct Testimony of John R. Hauser, SC.D |
| CRB29 | Filing | 1-13-12 | Music Choice | Motion to Compel SoundExchange to Produce License Agreements and Other Documents withheld on Confidentiality Grounds |
| CRB30 | Filing | 1-20-12 | SX | Opposition to Music Choice's Motion to Compel SoundExchange to Produce License Agreements and Other Documents Withheld on Confidentiality Grounds |
| CRB31 | Filing | 1-23-12 | Music Choice | Reply in Support of its Motion to Compel SoundExchange to Produce License Agreements and Other Documents Withheld on Confidentiality Grounds |
| CRB32 | ORDER | 1-24-12 | CRB | ORDER GRANTING MUSIC CHOICE'S MOTION TO COMPEL CERTAIN DOCUMENTS |
| CRB33 | Filing | 2-21-12 | SX/SiriusXM/ Music Choice | Joint Motion to Adopt Scheduling Proposal |

| | | | | |
|---|---|---|---|---|
| CRB34 | Filing | 2-22-12 | Music Choice | Motion to Compel SX to Produce License Agreements and Other Documents withheld on Confidentiality Grounds |
| CRB35 | Filing | 2-22-12 | Music Choice and Sirius XM "Services | Motion to Compel Production by SX of Documents Relating to Digital Licensing Strategy, Substitution/ Promotion, and Marketplace Studies |
| CRB36 | Filing | 2-22-12 | SX | Depositions Schedule |
| CRB37 | Filing | 2-23-12 | the "Services" | Motion to Compel SoundExchange to Provide Digital Media Music Agreements |
| CRB38 | Filing | 2-24-12 | Sirius XM | Depositions |
| CRB39 | Filing | 2-24-12 | Sirius XM | Supplemental Notice of Appearance |
| CRB40 | Filing | 2-29-12 | SX | Consolidated Opposition to Music Choice's Motion to Compel SoundExchange to Produce License Agreements and Other Documents Withheld on Confidentiality Grounds and Motion by Services to Compel SoundExchange to Provide Digital Music Agreements |
| CRB41 | Filing | 2-29-12 | SX | Opposition to the Motion by Services to Compel Production by SoundExchange, Inc. of Documents Relating to Digital Licensing Strategy, Substitution/Promotion, and Marketplace Studies |
| CRB42 | ORDER | 3-6-12 | CRB | ORDERS THREE MOTIONS |
| CRB43 | ORDER | 3-6-12 | CRB | ORDER SCHEDULE |
| CRB44 | Filing | 3-6-12 | Music Choice | Reply in Further Support of its Motion to Compel SoundExchange to Produce License Agreements and Other Documents Withheld on Confidentiality Grounds |
| CRB45 | Filing | 3-6-12 | Services | Reply in Further Support of their Motion to Compel Production by SoundExchange of Documents Relating to Digital Licensing Strategy and Marketplace Studies |
| CRB46 | Filing | 3-6-12 | Services | Reply in Further Support of their Motion to Compel SoundExchange to provide Digital Music Agreements |

| | | | | |
|---|---|---|---|---|
| CRB47 | Filing | 3-8-12 | Services | Revised Deposition Schedule |
| CRB48 | Filing | 3-9-12 | Sirius XM | Motion to Treat as Restricted Certain Exhibits to its Motion to Compel |
| CRB49 | Filing | 3-9-12 | SX | Motion to Compel Sirius XM to Produce Documents Showing its Projections (RESTRICTED and PUBLIC) |
| CRB50 | Filing | 3-12-12 | Sirius XM | Motion to Compel Sound Exchange to Produce Communications Between and Among Sound Exchange, AFM, A2IM and Other Industry Groups Regarding Sirius XM's Direct License Initiative (RESTRICTED and PUBLIC) |
| CRB51 | ORDER | 3-13-12 | CRB | ORDER GRANTING IN PART AND DENYING IN PART MUSIC CHOICE'S MOTION TO COMPEL SOUND EXCHANGE TO PRODUCE CERTAIN LICENSE AGREEMENTS AND OTHER DOCUMENTS |
| CRB52 | ORDER | 3-13-12 | CRB | ORDER GRANTING IN PART AND DENYING IN PART SERVES' MOTION TO COMPEL SOUNDEXCHANGE TO PROVIDE DIGITAL MUSIC AGREEMENTS |
| CRB53 | ORDER | 3-13-12 | CRB | ORDER GRANTING IN PART SERVICES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO DIGITAL LICENSING STRATEGY, SUBSTITUTION/PROMOTION, AND MARKETPLACE STUDIES |
| CRB54 | Filing | 3-16-12 | SX | Opposition to Motion by Sirius XM to Compel SoundExchange to Produce Communications Between and Among SoundExchange, AFM, A2IM, and Other Industry Groups Regarding Sirius Xm's Direct License Initiative (RESTRICTED) |
| CRB55 | Filing | 3-16-12 | Sirius XM | Opposition to SoundExchange's Motion to Compel Sirius XM to Produce Documents Showing Its Projections (PUBLIC and RESTRICTED) |
| CRB56 | Filing | 3-20-12 | SX | Opposition to SiriusXM to Compel SoundExchange to Produce Communications Between and Among SoundExchange, AFM, A2IM and Other Industry Groups Regarding SiriusXM's Direct License Initiative (PUBLIC) |

| | | | | |
|---|---|---|---|---|
| CRB57 | Filing | 3-22-12 | SX | Reply in Support of its Motion to Compel Sirius XM to Produce Documents Showing its Projections (Restricted and Public) |
| CRB58 | Filing | 3-22-12 | SiriusXM | Reply in Further Support of its Motion to Compel SX to Produce Communications Between and Among SX, AFM, A2IM and other Industry Groups Regarding Sirius Direct License Initiative |
| CRB59 | Filing | 3-26-12 | SX | Notice of Filing Amended and Corrected Testimony of Janusz Ordover, J. Gregory Sidak, Thomas Lys, George Ford, Charles Ciongoli and Stephen Bryan (Restricted) |
| CRB60 | Filing | 3-26-12 | SX | Notice of Filing Amended Corrected Testimony |
| CRB61 | Filing | 3-26-12 | SiriusXM | Unopposed Motion to Submit the Corrected Written Direct Testimony of Ronald H. Gertz |
| CRB62 | Filing | 3-26-12 | SiriusXM | Motion to Treat As Restricted Certain Portions and Exhibits of the Amended Testimony of Roger G. Noll and the Amended and Corrected Testimony of Ronald H. Gertz |
| CRB63 | Filing | 3-26-12 | SiriusXM | Amended and Corrected Written Direct Statement Witness Testimony and Exhibits for Ronald Gertz and Roger G. Noll (Restricted) |
| CRB64 | Filing | 3-26-12 | SiriusXM | Declaration and Certification of Sabrina A. Pearlman |
| CRB65 | ORDER | 3-28-12 | CRB | ORDER GRANTING SOUNDEXCHANGE'S MOTION TO COMPEL SIRIUS XM TO PRODUCE DOCUMENTS SHOWING ITS PROJECTIONS |
| CRB66 | ORDER | 3-29-12 | CRB | ORDER GRANTING IN PART AND DENYING IN PART SIRIUS XM'S MOTION TO COMPEL SOUND EXCAHNGE TO PRODUCE COMMUNICATIONS BETWEEN AND AMONG SOUNDEXCHANGE, AFM, A2IM AND OTHER INDUSTRY GROUPS REGARDING SIRIUS XM'S DIRECT LICENSE INITIATIVE |
| CRB67 | Filing | 3-29-12 | SiriusXM | Amended and Corrected Written Direct Statement Witness Testimony and Exhibits for Ronald Gertz and Roger G. Noll (PUBLIC) |

| | | | | |
|---|---|---|---|---|
| CRB68 | Filing | 3-29-12 | SX | Amended and Corrected Testimony of Thomas Lys, Janusz Ordovver, J. Gregory Sidak, Charles Ciongoli, Stephen Bryan and George Ford (PUBLIC) |
| CRB69 | Filing | 3-30-12 | SX/SiriusXM | Joint Settlement Conference Report |
| CRB70 | Filing | 3-30-12 Choice | SX/Music | Joint Settlement Conference Report |
| CRB71 | Filing | 4-3-12 | Music Choice | Declaration of Paula Calhoun in Support of Motion for Protective Order |
| CRB72 | Filing | 4-3-12 | Music Choice | Motion for Application of Protective order to Certain Information contained in its Written Direct Case |
| CRB73 | Filing | 4-4-12 | SX | Motion to Strike Portions of the Amended Testimony of Ronald Gertz and Roger Noll (Restricted) |
| CRB74 | Filing | 4-4-12 | SX | Notice of Filing Second Corrected Testimony of Janusz Ordover and George Ford |
| CRB75 | Filing | 4-4-12 | SX | Second Corrected and Amended Testimony of Janusz Ordover (Restricted and Public) |
| CRB76 | Filing | 4-4-12 | SX | Second Corrected and Amended Testimony of George Ford |
| CRB77 | Filing | 4-4-12 | Sirius XM | Motion to Exclude Certain Written Direct Testimony and Proposed Expert Testimony of Thomas Z Lys about Sirius XM's Bond Yields |
| CRB78 | Filing | 4-5-12 | SX | Motion to Strike Portions of the Amended Testimony of Ronald Gertz and Roger Noll (Public) |
| CRB79 | Filing | 4-6-12 | SXM Music Choice | Emergency Motion to Adjourn Hearing on the Direct Case Pending Appointment of Chief Copyright Royalty Judge |
| CRB80 | Filing | 4-6-12 | SXM MC | Certificate of Service |
| CRB81 | Filing | 4-9-12 | SX | Response to Sirius XM's and Music Choice's Emergency Motion to Adjourn Hearing on the Direct Case Pending Appointment of Chief Copyright Royalty Judge |

| CRB82 | Filing | 4-11-12 | Sirius XM | Opposition to SoundExchange's Motion to Strike Portion of the Amended Testimony of Ronald Gertz and Roger Knoll (PUBLIC and RESTRICTED) |
|---|---|---|---|---|
| CRB83 | ORDER | 4-11-12 | CRB | POSTPONEMENT OF DIRECT CASE HEARING AND SUBMISSION OF NEW SCHEDULING PROPOSALS |
| CRB84 | Filing | 4-12-12 | SiriusXM | Motion to Strike Paragraph 7 or the Second Corrected Testimony of Janusz Ordorver |
| CRB85 | Filing | 4-12-12 | SoundExchange | Opposition to Sirius XM's Motion to Exclude Certain Written Direct Testimony and Proposed Expert Testimony of Thomas Z. Lys about Sirius XM's bond Yields |
| CRB86 | Filing | 4-18-12 | SX | Reply in Support of Motion to Strike Portions of the Amended Testimony of Ronald Gertz and Roger Noll (Restricted and Public) |
| CRB87 | Filing | 4-18-12 | SX | Opposition to Motion by Sirius XM to Strik Paragraph 7 of the Second Corrected Testimony of Janusz Ordover |
| CRB88 | Filing | 4-23-12 | Music Choice/Services' XM Sirius | Motion to Adopt a New Proceeding Schedule |
| CRB89 | Filing | 4-23-12 | SX | Scheduling Proposal |
| CRB90 | Filing | 4-24-12 | SiriusXM | Reply in Further Support of its Motion to Strike Paragraph 7 of the Second Corrected Testimony fo Janusz Ordover |
| CRB91 | FR Notice | 4-25-12 | Federal Register (FR) | Publishing for Comments and Objections Request on Proposed Rule |
| CRB92 | ORDER | 4-25-12 | CRB | REVISED SCHEDULING ORDER |
| CR93 | ORDER | 5-1-2012 | CRB | ORDER DENYING MOTION BY SIRIUS XM TO EXCLUDE CERTAIN WRITTEN DIRECT TESTIMONY AND PROPOSED EXPERT TESTIMONY OF THOMAS Z. LYS ABOUT SIRIUS XM'S BOND YIELDS |
| CRB94 | ORDER | 5-2-2012 | CRB | ORDER GRANTING MUSIC CHOICE'S MOTION FOR APPLICATION OF PROTECTIVE ORDER TO CERTAIN INFORMATION CONTAINED IN ITS WRITTEN DIRECT CASE |

| | | | | |
|---|---|---|---|---|
| CRB95 | ORDER | 5-4-12 | CRB | ORDER GRANTING SIRIUS XM RADIO'S MOTION TO STRIKE PARAGRAPH 7 OF THE SECOND CORRECTED TESTIMONY OF JANUSZ ORDOVER |
| CRB96 | ORDER | 5-4-12 | CRB | ORDER GRANTING SOUNDEXCHANGE'S MOTION TO STRIKE PORTIONS OF AMENDED TESTIMONY OF RONALD GERTZ AND ROGER NOLL |
| CRB97 | Filing | 5-15-12 | Music Choice | Notice of Filing of Corrected Testimony David J. Del Beccaro and Gregory S. Crawford and Corrected exhibit of Damon Williams (Restricted and Public) |
| CRB98 | Filing | 5-18-12 | SiriusXM | Notice of Filing of Revised Amended Testimony of Roger Noll and Motion to Rule on Remaining Portions of SoundExchange's Motion to Strike and Revised Amended Testimony and Exhibits of Roger G. Noll (Attached testimony RESTRICTED) **[Motion granted from the Bench; See Transcript 6/5/12, p. 25]** |
| CRB99 | Filing | 5-21-12 | SX | Notice of Change of Address |
| CRB100 | Filing | 5-23-12 | SiriusXM | Revised Amended Witness Testimony and Exhibits for Roger G. Noll (RESTRICTED) |
| CRB101 | Filing | 5-24-12 | SiriusXM | Motion to Compel SoundExchange to Comply with the Judges' March 30, 2012 Order (RESTRICTED) |
| CRB102 | Filing | 5-24-12 | SiriusXM | Notice of Filing of Corrected Written Direct Testimony of Ronald Gertz and Corrected Witness Testimony and Exhibits for Ronald H. Gertz (Testimony RESTRICTED) |
| CRB103 | Filing | 5-25-12 | Music Choice/ SX/SiriusXM | Stipulation of SoundExchange, Inc., XM Radio, Inc., and Music Choice Regarding the Royalty and Minimum Fee Payable for the Making of Ephemeral Recordings |
| CRB104 | Filing | 5-25-12 | SX | Opposition to Sirius XM's Motion for Leave to File Revised Amended Testimony of Roger Noll |
| CRB105 | Filing | 5-29-12 | SiriusXM | Order of Witnesses |
| CRB106 | Filing | 5-30-12 | SiriusXM | Correct Written Direct Testimony of Ronald Gertz |

| | | | | |
|---|---|---|---|---|
| CRB107 | Filing | 5-30-12 | Sirius XM | Motion to Compel SoundExchange to Comply with Judges March 30, 2012 Order |
| CRB108 | Filing | 5-30-12 | SiriusXM | Reply in Further Support of it's Notice of Filing Revised Amended Testimony of Roger Noll and Motion to Rule on Remaining Portions of SoundExchange's Motion to Strike |
| CRB109 | Filing | 6-1-12 | SX | Opposition to Motion by Sirius XM to Compel SoundExchange to Comply with the Judge's March 30, 2012 Order |
| CRB110 | Filing | 6-1-12 | Music Choice | Appearance of Witnesses |
| CRB111 | Filing | 6-4-12 | SXM | Reply in Further Support of Sirius XM's Motion to Compel SoundEchange to Comply with Judge's March 30, 2012 Order |
| CRB112 | Filing | 6-5-12 | SX | Witness Letter |
| CRB113 | Filing | 6-18-12 | SX | Response to Sirius XM's Evidentiary Proffer **[Proffer accepted from Bench; See Transcript 6/18/12, p. 2942]** |
| CRB114 | Filing | 6-18-12 | Capital Reporting | Transcript for 6/12/12: Volume VI: Sirius XM Direct Case: Witness - John Hauser, Music Choice Direct Case: Witnesses - Damon Williams, Gregory Crawford (RESTRICTED); |
| CRB115 | Filing | 6-21-12 | SX | Dr. Thomas Lys's Written Direct Testimony (Restricted) and Designated Portions of Dr. Lys's Deposition Transcript |
| CRB116 | ORDER | 6-22-12 | CRB | ORDER DENYING SIRIUS XM'S MOTION TO COMPEL SOUNDEXCHANGE TO COMPLY WITH THE JUDGES' MARCH 30, 2012 ORDER |
| CRB117 | Transcript | 6-26-12 | Capital Reporting | Transcript for 6/6/12: Volume II: Sirius XM Direct Case - Witnesses: Roger Noll, James Meyer; RESTRICTED |
| CRB118 | Transcript | 7-2-12 | Capital Reporting | Transcript for 6/7/12: Volume III: Sirius XM Direct Case: Witnesses - David Frear, Ron Gertz (Portions of Gertz testimony RESTRICTED) |
| CRB119 | Transcript | 7-2-12 | Capital Reporting | Transcript for 6/8/12: Volume IV: Sirius XM Direct Case - Steven Blatter, William Rosenblatt, David Stowell |

| | | | | |
|---|---|---|---|---|
| CRB120 | Filing | 7-2-12 | Music Choice | Rebuttal Testimony of David J. Del Beccaro (RESTRICTED and Public Versions) |
| CRB121 | Filing | 7-2-12 | Music Choice | Rebuttal Testimony of Gregory S. Crawford, Ph.D (RESTRICTED and Public Versions) |
| CRB122 | Filing | 7-2-12 | Music Choice | Declaration and Rule 11 Certification of Paul Fakler |
| CRB123 | Filing | 7-2-12 | SX | Written Rebuttal Statement (5 volumes) (RESTRICTED) |
| CRB124 | Filing | 7-2-12 | SX | Motion for Application for Protective Order to Certain Information Contained in Its Written Rebuttal Case |
| CRB125 | Filing | 7-2-12 | Sirius XM Radio | Written Rebuttal Statement (3 volumes) (RESTRICTED) |
| CRB126 | Filing | 7-2-12 | Sirius XM Radio | Motion to Treat as Restricted Certain Portions of Its Written Rebuttal Statement |
| CRB127 | Filing | 7-6-12 | Sirius XM Radio | Written Rebuttal Statement (3 volumes) (PUBLIC) |
| CRB128 | Filing | 7-6-12 | SX | Written Rebuttal Statement (5 volumes) (PUBLIC) |
| CRB129 | Filing | 7-17-12 | Music Choice | Motion to Strike (RESTRICTED and PUBLIC) |
| CRB130 | Filing | 7-17-12 | Music Choice | Motion for Application of Protective Order to Certain Information Contained in its Written Rebuttal Case |
| CRB131 | Transcripts | 7-18-12 | Capital Reporting | Volumes I-IV (June 5-8, 2012); <u>Vol. I: June 5, 2012</u>: Opening Statements, Sirius XM Direct Case - Witness: Roger Noll; <br> <u>Vol II: June 6, 2012</u>: Sirius XM Direct Case - Witnesses: Roger Noll, James Meyer; <br> <u>Vol III: June 7, 2012</u>: Sirius XM Direct Case: Witnesses - David Frear, Ron Gertz (Portions of Gertz testimony RESTRICTED); <br> <u>Vol. IV: June 8, 2012</u>: Sirius XM Direct Case - Steven Blatter, William Rosenblatt, David Stowell; |

Volumes VI-X (June 12-15, 2012) (Revised):
Vol.VI: June 12, 2012: Sirius XM Direct Case:
Witness - John Hauser, Music Choice Direct
Case: Witnesses - Damon Williams, Gregory
Crawford (Portions of Crawford testimony
RESTRICTED);
Vol. VII: June 13, 2012: Music Choice Direct
Case: Witness - Gregory Crawford (Portions of
Crawford testimony RESTRICTED),
SoundExchange Direct Case: Witnesses -
Stephan Bryan, Charles Ciongoli (Portions of
Bryan and Ciongoli testimony RESTRICTED);
Vol. VIII: June 14, 2012: Music Choice Direct
Case: Witnesses: Charles Ciongoli, David Del
Beccaro (Portions of Del Becarro testimony
RESTRICTED); SoundExchange Direct Case:
Witnesses: Raymond Hair, Janusz Ordover;
Vol. IX: June 15, 2012: SoundExchange Direct
Case: Witnesses: Janusz Ordover, Jonathan
Bender, Darius Van Arman

| | | | | |
|---|---|---|---|---|
| CRB132 | Filing | 7-20-12 | Sirius XM Radio | Motion to Strike SoundExchange's Designation of Previous Testimony in its Written Rebuttal Statement |
| CRB133 | Filing | 7-23-12 | SiriusXM | Depositions |
| CRB134 | Filing | 7-23-12 | SoundExchange | Depositions |
| CRB135 | Filing | 7-23-12 | Music Choice | Motion to Compel SoundExchange to Produce Documents Withheld Solely o Confidential Grounds |
| CRB136 | Filing | 7-23-12 | Music Choice | Notice of Filing Corrected Trial Exhibit |
| CRB137 | Filing | 7-24-12 | Music Choice | Motion to Compel SoundExchange to Provide Music Publishing Licenses and Financial Information (RESTRICTED and PUBLIC) |
| CRB138 | Filing | 7-24-12 | SX | Opposition to Motion to Strike by Music Choice and Motion by SiriusXM to Strike SoundExchange's Designation of Testimony in its Written Rebuttal Statement |
| CRB139 | Filing | 7-30-12 | SX | Motion to Compel Music Choice to Produce Documents and Respond to Interrogatories (RESTRICTED) |
| CRB140 | Filing | 7-30-12 | SX | Motion to Compel SiriusXM to Produce Documents and Respond to Interrogatories |

| | | | | |
|---|---|---|---|---|
| CRB141 | Filing | 7-30-12 | Music Choice | Reply Memorandum in Further Support of Motion to Strike |
| CRB142 | Filing | 7-30-12 | SX | Opposition to Music Choice's Motion to Compel SoundExchange to Produce Documents Withheld Solely on Confidentiality Grounds |
| CRB143 | Filing | 7-30-12 | SiriusXM | Motion to Exclude the Written Rebuttal Testimony and Proposed Expert Testimony of David Pearlman  **[Granted from the Bench; See Transcript 8/13/12, p. 3006]** |
| CRB144 | Filing | 7-30-12 | SiriusXM | Motion to Compel Sound Exchange to Produce Documents and to Provide Full and Complete Responses to the Services' Third Set of Interrogatories (RESTRICTED) |
| CRB145 | Filing | 7-30-12 | SiriusXM | Motion to the Exclude Written Rebuttal Testimony and Proposed Expert Testimony of Mark Eisenberg **[Granted in part from the Bench; See Transcript 8/13/12, pp. 3007-3008]** |
| CRB146 | Filing | 7-31-12 | SX | Motion to Compel Sirius XM to Produce Documents and Respond to Interrogatories (PUBLIC) |
| CRB147 | Filing | 7-31-12 | SX | Motion to Compel Music Choice to Produce Documents and Respond to Interrogatories (PUBLIC) |
| CRB148 | Filing | 7-31-12 | SX | Opposition to Motion by Music Choice to Compel SoundExchange to Provide Music Publishing Licenses and Financial Information |
| CRB149 | Filing | 8-2-12 | Music Choice | Reply Memorandum of Law in Further Support of Motion by Music Choice to Compel SoundExchange to Provide Music Publishing Licenses and Financial Information |
| CRB150 | Filing | 8-2-12 | Sirius XM | Motion to Compel SoundExchange to Produce Documents and to Provide Full and Complete Responses to the Services Third Set of Interrogatories (PUBLIC) |
| CRB151 | Filing | 8-2-12 | Sirius XM | Motion to Exclude the Written Rebuttal Tesimony and Proposed Expert Testimony of Mark Eisenberg |

| | | | | |
|---|---|---|---|---|
| CRB152 | Filing | 8-3-12 | SX | Motion to Strike Portions of Sirius XM Testimony as Improper Rebuttal **[Granted in part, Denied in part from the Bench. See Transcript 8/13/12, p. 3004; Transcript 8/14/12, p. 3440; Transcript 8/15/12, p. 3678; Transcript 8/16/12, p. 3785]** |
| CRB153 | Filing | 8-3-12 | SX | Opposition to Sirius XM's Motion to Exclude the Written Rebuttal Testimony and Proposed Expert Testimony of David Pearlman |
| CRB154 | Filing | 8-3-12 | SX | Opposition to Sirius XM's Motion to Compel (RESTRICTED) |
| CRB155 | Filing | 8-3-12 | SX | Opposition to Motion by Sirius XM to Exclude the Written Rebuttal Testimony and Proposed Expert Testimony of Mark Eisenberg (RESTRICTED) |
| CRB156 | Filing | 8-3-12 | SX | Motion to Strike Music Choice's Reply Memorandum of Law in Further Support of Motion by Music Choice to Compel SoundExchange to Provide Music Publishing Licenses and Financial Information |
| CRB157 | Filing | 8-3-12 | Sirius XM | Opposition to SoundExchange's Motion to Compel Sirius XM to Produce Documents and Respond to Interrogatories |
| CRB158 | Filing | 8-3-12 | Music Choice | Memorandum of Law in Opposition to SoundExchange's Motion to Compel Music Choice to Produce Documents and Respond to Interrogatories |
| CRB159 | ORDER | 8-3-12 | CRB | ORDER GRANTING MUSIC CHOICE'S MOTION TO COMPEL SOUNDEXCHANGE TO PRODUCE CERTAIN LICENSE AGREEMENTS AND OTHER DOCUMENTS |
| CRB160 | ORDER | 8-3-12 | CRB | ORDER GRANTING IN PART AND DENYING IN PART MUSIC CHOICE'S MOTION TO STRIKE AND DENYING MOTION BY SIRIUS XM TO STRIKE SOUNDEXCHANGE'S DESIGNATION OF PREVIOUS TESTIMONY IN ITS WRITTEN REBUTTAL STATEMENT |
| CRB161 | Filing | 8-6-12 | SiriusXM | Witness Letter |
| CRB162 | Filing | 8-6-12 | Services | Witness Letter |

| | | | | | |
|---|---|---|---|---|---|
| CRB163 | Filing | 8-6-12 | Music Choice | | Notice of Filing Corrected Rebuttal Testimony of David J. Del Beccaro and Amended and Corrected Rebuttal Testimony of Gregory S. Crawford (RESTRICTED) |
| CRB164 | Filing | 8-6-12 | Music Choice | | Declaration and Rule 11 Certification of Martin Cunniff (RESTRICTED) |
| CRB165 | Filing | 8-7-12 | Music Choice | | Corrected Rebuttal Testimony of David Del Beccaro (PUBLIC) |
| CRB166 | Filing | 8-7-12 | Music Choice | | Amended and Corrected Rebuttal Testimony of Gregory Crawford, Ph.D (PUBLIC) |
| CRB167 | ORDER | 8-7-12 | CRB | | ORDER DENYING MUSIC CHOICE'S MOTION TO COMPEL SOUNDEXCHANGE TO PROVIDE MUSIC PUBLISHING LICENSES AND FINANCIAL INFORMATION |
| CRB168 | ORDER | 8-7-12 | CRB | | ORDER GRANTING IN PART AND DENYING IN PART SIRIUS XM'S MOTION TO COMPEL SOUNDEXCHANGE TO PRODUCE DOCUMENTS AND TO PROVIDE FULL AND COMPLETE RESPONSES TO THE SERVICES THIRD SET OF INTERROGATORIES |
| CRB169 | ORDER | 8-8-12 | CRB | | ORDER GRANTING IN PART AND DENYING IN PART SOUNDEXCHANGE'S MOTION TO COMPEL MUSIC CHOICE TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES. |
| CRB170 | Filing | 8-8-12 | Music Choice | | Witness Letter |
| CRB171 | Filing | 8-8-12 | Music Choice | | Corrected Rebuttal Testimony of David J. Del Beccaro (RESTRICTED) |
| CRB172 | Filing | 8-8-12 | SX | | Opposition to Motion by Sirius XM to Exclude Written Rebuttal Testimony and Proposed Expert Testimony of Mark Eisenberg (PUBLIC) |
| CRB173 | Filing | 8-8-12 | SX | | Opposition to Sirius XM's Motion to Compel (PUBLIC) |
| CRB174 | ORDER | 8-9-12 | CRB | | ORDER DENYING SOUNDEXCHANGE'S MOTION TO COMPEL SIRIUS XM TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES |
| CRB175 | Filing | 8-9-12 | SiriusXM | | Notice of Appearance Letter |

| CRB176 | Filing | 8-9-12 | SX | Motion to Strike the Play Share Analysis from the Rebuttal Testimony of Ronald H. Gertz, David Frear and Roger Noll (RESTRICTED) **[Moot based on filing of revised rebuttal testimony excluding play share data; See Transcript 8/13/12, pp. 3003-3004]** |
| --- | --- | --- | --- | --- |
| CRB177 | Filing | 8-9-12 | SX | Amended Rebuttal Testimony of Janusz Ordover (RESTRICTED and PUBLIC) |
| CRB178 | Filing | 8-10-12 | Music Choice | Notice of Filing Replacement Page to Corrected Rebuttal Testimony of David J. Del Beccaro (RESTRICTED AND PUBLIC) |
| CRB179 | Filing | 8-10-12 | Sirius XM | Opposition to SoundExchange's Motion to Strike Portions of SiriusXM's Testimony as Improper Rebuttal |
| CRB180 | Filing | 8-10-12 | Sirius XM | Notice of Filing Corrected Written Rebuttal Testimony of Dr. Michael A. Salinger |
| CRB181 | Filing | 8-10-12 | Sirius XM | Response to Moot SoundExchange's Motion to Strike the Play Share Analysis From the Rebuttal Testimony of Ronald H. Gertz, David Frear and Roger Noll |
| CRB182 | Filing | 8-10-12 | Sirius XM | Motion to Strike Portions of the Rebuttal Testimony of Janusz Ordover **[Denied from the Bench; See Transcript 8/13/12, pp. 3235-3236]** |
| CRB183 | Filing | 8-13-12 | SX | Opposition to Motion by Sirius XM to Strike Portions of the Rebuttal Testimony of Janusz Ordover |
| CRB184 | Filing | 8-13-12 | SX | Rebuttal Witnesses Letter |
| CRB185 | Filing | 8-14-12 | SX | Motion to Strike the Play Share Analysis from the Rebuttal Testimony of Ronald Gertz, David Frear and Roger Noll (PUBLIC) |
| CRB186 | Filing | 8-15-12 | SX | Notice of Filing Amended and Corrected Testimony |
| CRB187 | Filing | 8-15-12 | SX | Amended and Corrected Rebuttal Testimony of Mark Eisenberg and George Ford (RESTRICTED) |
| CRB188 | Filing | 8-15-12 | SiriusXM | Corrected Witness Testimony for Michael A. Salinger (PUBLIC) |

| | | | | |
|---|---|---|---|---|
| CRB189 | Transcript | 8-15-12 | Capital Reporting | Transcript Vol XI - August 13, 2012: Sirius Rebuttal Case: Witness - David Frear; SoundExchange Rebuttal Case: Witness: Janusz Ordover |
| CRB190 | Transcript | 8-15-12 | Capital Reporting | Transcript Vol XI - August 13, 2012: Sirius Rebuttal Case: Witness - David Frear (RESTRICTED) |
| CRB191 | Transcript | 8-16-12 | Capital Reporting | Transcript Vol XII - August 14, 2012: SoundExchange Rebuttal Case: Witness - Janusz Ordover; Sirius XM Rebuttal Case: Witness - Roger Noll |
| CRB192 | Transcript | 8-16-12 | Capital Reporting | Transcript Vol XII - August 14, 2012: SoundExchange Rebuttal Case: Witness - Janusz Ordover (RESTRICTED) |
| CRB193 | Filing | 8-16-12 | SiriusXM | Revised Written Rebuttal Statement of Ronald H. Gertz (RESTRICTED) |
| CRB194 | Filing | 8-16-12 | SiriusXM | Revised Written Rebuttal Statement of Roger G. Noll (RESTRICTED) |
| CRB195 | Filing | 8-16-12 | SiriusXM | Revised Written Rebuttal Statement of David J. Frear (RESTRICTED) |
| CRB196 | Transcript | 8-17-12 | Capital Reporting | Transcript Vol XIII- August 15, 2012: Sirius XM Rebuttal Case: Witnesses - Roger Noll, David Stowell, Ronald Gertz |
| CRB197 | Transcript | 8-17-12 | Capital Reporting | Transcript Vol XIII-August 15, 2012: Sirius XM Rebuttal Case: Witnesses - Roger Noll, Ronald Gertz (RESTRICTED) |
| CRB198 | Filing | 8-20-12 | SX | Notice of Filing Corrected Testimony of Aaron Harrison |
| CRB199 | Filing | 8-20-12 | SX | Corrected Rebuttal Testimony of Aaron Harrison (RESTRICTED) |
| CRB200 | Filing | 8-20-12 | SX | Correct Rebuttal Testimony of Aaron Harrison (PUBLIC) |
| CRB201 | Filing | 8-20-12 | SX | Notice of Filing Inadvertently Omitted Pages to the Amended and Corrected Testimony of Mark Eisenberg |
| CRB202 | Filing | 8-20-12 | SX | Notice of Filing Inadvertently Omitted Pages to the Amended and Corrected Testimony of George S. Ford |

| | | | | |
|---|---|---|---|---|
| CRB203 | Transcript | 8-20-12 | Capital Reporting | Transcript Vol XIV - August 16, 2012: Sirius XM Rebuttal Case: Witness - Michael Salinger; Music Choice Rebuttal Case: Witness - David Del Beccaro; SoundExchange Rebuttal Case: Witness - Jonathan Bender |
| CRB204 | Transcript | 8-20-12 | Capital Reporting | Transcript Vol XIV - August 16, 2012: Music Choice Rebuttal Case: Witness - David Del Beccaro (RESTRICTED) |
| CRB205 | Filing | 8-20-12 | SX | Amended and Corrected Rebuttal Testimony of Mark Eisenberg (PUBLIC) |
| CRB206 | Filing | 8-20-12 | SX | Amended and Corrected Rebuttal Testimony of George S. Ford (PUBLIC) |
| CRB207 | Filing | 8-21-12 | SiriusXM | Revised Written Rebuttal Statement David J. Frear (PUBLIC) |
| CRB208 | Filing | 8-21-12 | Sirius XM | Revised Written Rebuttal Testimony of Roger G. Noll (PUBLIC) |
| CRB209 | Filing | 8-21-12 | Sirius XM | Revised Written Rebuttal Testimony for Ronald H. Gertz (PUBLIC) |
| CRB210 | Filing | 8-22-12 | SX | Supplemental Notice of Appearance |
| CRB211 | Transcript | 8-22-12 | Capital Reporting | Transcript Vol XV - Monday, August 20, 2012: SoundExchange Rebuttal Case: Witnesses - Thomas Lys, Michael Powers, George Ford (Portions of Powers and Ford testimony RESTRICTED) (PUBLIC and RESTRICTED) |
| CRB212 | Transcript | 8-23-12 | Capital Reporting | Transcript Vol XVI - Tuesday, August 21, 2012: SoundExchange Rebuttal Case: Witnesses - George Ford, Aaron Harrison, Itamar Simonson (Portions of Ford and Harrison testimony RESTRICTED) (PUBLIC and RESTRICTED) |
| CRB213 | Transcript | 8-23-12 | Capital Reporting | Transcript Vol XVII - Wednesday, August 22, 2012: SoundExchange Rebuttal Case: Witness - Mark Eisenberg (Portions of testimony RESTRICTED) (PUBLIC and RESTRICTED) |
| CRB214 | Filing | 8-24-12 | Music Choice | Notice of Filing Replacement for PSS Trial Exhibit 25 |

| | | | | |
|---|---|---|---|---|
| CRB215 | Transcript | 8-27-12 | Capital Reporting | Transcript Vol XVIII - Thursday, August 23, 2012: Music Choice Rebuttal Case: Witness - Gregory Crawford (Portions of testimony RESTRICTED) (PUBLIC and RESTRICTED) |
| CRB216 | Filing | 9-24-12 | Sirius XM, Music Choice, SX (the "Parties") | Joint Motion to Treat Certain Admitted Exhibits as Restricted |
| CRB217 | Filing | 9-26-12 | SiriusXM | Admitted Trial Exhibits Rebuttal Phase (RESTRICTED |
| CRB218 | Filing | 9-26-12 | SiriusXM | Admitted Trial Exhibits Direct Phase (Binders 1-3) RESTRICTED |
| CRB219 | Filing | 9-26-12 | SiriusXM | Proposed Rates and Terms |
| CRB220 | Filing | 9-26-12 | SiriusXM | Declaration and Certification of Todd D. Larson |
| CRB221 | Filing | 9-26-12 | SiriusXM | Redaction Log |
| CRB222 | Filing | 9-26-12 | SiriusXM | Proposed Findings of Fact and Proposed Conclusions of Law |
| CRB223 | Filing | 9-26-12 | SX | Trial Exhibits (RESTRICTED) |
| CRB224 | Filing | 9-26-12 | SX | Proposed Findings of Fact and Proposed Conclusions of Law (RESTRICTED |
| CRB225 | Filing | 9-26-12 | Music Choice | Proposed Findings of Fact and Proposed Conclusions of Law (RESTRICTED) |
| CRB226 | Filing | 9-26-12 | Music Choice | Declaration and Rule 11 Certification of Martin Cunniff |
| CRB227 | Filing | 9-27-12 | Music Choice | Proposed Findings of Fact and Proposed Conclusions of Law (PUBLIC) |
| CRB228 | Filing | 10-1-12 | SoundExchange | Proposed Findings of Fact and Conclusions of Law and Second Revised Proposed Rates and Terms; Declaration and Rule 11 Certification of Michael Desanctis (PUBLIC |
| CRB229 | Filing | 10-1-12 | SiriusXM | Proposed Findings of Fact and Conclusions of Law; Amended Redaction Log (PUBLIC) |
| CRB230 | Filing | 10-2-12 | Sirius XM | Motion to Strike SoundExchange's Submission of Exhibits Not in Evidence **[Denied from the Bench; See Transcript 10/16/12, pp. 4850-4851]** |

| CRB231 | Filing | 10-9-12 | All Parties SiriusXM, Music Choice, SoundExchange | Closing Arguments Schedule Letter |
|---|---|---|---|---|
| CRB232 | Filing | 10-9-12 | SoundExchange | Opposition to Sirius XM's Motion to Strike Certain Exhibits Attached to Designated Testimony |
| CRB233 | Filing | 10-12-12 | Music Choice | Reply to SoundExchange's Proposed Findings of Fact (RESTRICTED & PUBLIC) |
| CRB224 | Filing | 10-12-12 | Music Choice | Declaration and Rule 11 Certification of Matthew Trokenheim |
| CRB225 | Filing | 10-12-12 | Music Choice | Reply to SoundExchange Proposed Conclusions of Law (RESTRICTED & PUBLIC) |
| CRB226 | Filing | 10-12-12 | Sirius XM | Reply to SoundExchange's Proposed Conclusions of Law |
| CRB227 | Filing | 10-12-12 | Sirius XM | Reply to SoundExchange's Proposed Findings of Fact (RESTRICTED) |
| CRB228 | Filing | 10-12-12 | Sirius XM | Declaration and Certification of Todd D. Larson |
| CRB229 | Filing | 10-12-12 | Sirius XM | Redaction Log for Sirius XM Radio Inc's Reply to SoundExchange's Proposed Findings of Fact |
| CRB230 | Filing | 10-12-12 | SoundExchange | Proposed Reply Findings of Fact and Reply Conclusions of Law (RESTRICTED) |
| CRB231 | Filing | 10-12-12 | SoundExchange | Declaration and Rule 11 Certification of Michael B. DeSanctis |
| CRB232 | ORDER | 10-15-12 | CRB | ORDER SETTING PRESENTATION OF CLOSING ARGUMENTS |
| CRB233 | Filing | 10-15-12 | Sirius XM | Reply in Further Support of Its Motion to Strike SoundExchange's Submission of Exhibits Not in Evidence |
| CRB234 | Filing | 10-17-12 | SiriusXM | Reply to SoundExchange's Proposed Findings of Fact (PUBLIC) |
| CRB235 | Filing | 10-17-12 | Sound Exchange | Proposed Findings of Fact and Reply Conclusions of Law (PUBLIC) |

| | | | | |
|---|---|---|---|---|
| CRB236 | ORDER | 10-25-12 | CRB | ORDER GRANTING MOTIONS FOR APPLICATION OF PROTECTIVE ORDER TO WRITTEN REBUTTAL CASES |
| CRB237 | Transcript | 10-31-12 | Capital Reporting | Transcript Volume XIX (Closing Arguments - October 16, 2012) |
| CRB238 | ORDER | 12-14-12 | CRB | Initial Determination |
| CRB239 | Filing | 12-18-12 | Music Choice | Motion to Redact |
| CRB240 | Filing | 12-19-12 | SoundExchange | Motion to Redact Portions of Determination and Accompanying Redaction Log |
| CRB241 | Filing | 12-19-12 | Sirius XM | Motion to Treat as Restricted Certain Portions of Initial Determination |
| CRB242 | Filing | 12-31-12 | SoundExchange | Motion for Rehearing |
| CRB243 | Filing | 12-31-12 | Sirius XM | Motion for Rehearing |
| CRB244 | ORDER | 1-8-13 | CRB | ORDER REQUESTING RESPONSES TO MOTIONS FOR REHEARING |
| CRB245 | Filing | 1-25-13 | Sirius XM | Opposition to SoundExchange's Motion for Rehearing |
| CRB246 | Filing | 1-25-13 | SoundExchange | Opposition to Sirius XM's Motion for Rehearing |
| CRB247 | ORDER | 1-30-13 | CRB | ORDER DENYING MOTION FOR REHEARING |
| CRB248 | Decision | 4-9-13 | Register of Copyrights | Correction to Copyright Royalty Judges' Final Determination |
| CRB249 | Notice | 4-17-13 | Register of Copyrights | Notice; Correction to Copyright Royalty Judges' Final Determination [78 FR 22913] |