# United States Court of Appeals
#### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 13-1174** | **September Term, 2013** |
| | LOC-78FR23054 |
| | **Filed On:** November 12, 2013 |

Music Choice,

      Appellant

      v.

Copyright Royalty Board,

      Appellee

------------------------------

Sirius XM Radio Inc. and SoundExchange, Inc.,

      Intervenors

------------------------------

Consolidated with 13-1183

    **BEFORE:**    Rogers, Tatel, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the joint proposal for briefing schedule it is

**ORDERED** that the following briefing schedule and format apply in these consolidated cases:

| | |
|---|---|
| Brief for Appellant Music Choice<br>(not to exceed 10,000 words) | 01/14/14 |
| Brief for Appellant SoundExchange, Inc.<br>(not to exceed 10,000 words) | 01/14/14 |
| Brief for Appellee Copyright Royalty Board<br>(not to exceed 20,000 words) | 03/17/14 |
| Brief for Intervenor Sirius XM<br>(not to exceed 6,250 words) | 03/31/14 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-1174**                              **September Term, 2013**

| | |
|---|---|
| Brief for Intervenor Music Choice<br>(not to exceed 3,125 words) | 03/31/14 |
| Brief for Intervenor SoundExchange, Inc.<br>(not to exceed 3,125 words) | 03/31/14 |
| Reply Brief for Music Choice<br>(not to exceed 5,000 words) | 04/17/14 |
| Reply Brief for SoundExchange, Inc.<br>(not to exceed 5,000 words) | 04/17/14 |
| Deferred Appendix | 04/28/14 |
| Final Briefs | 05/12/14 |

The parties will be notified by separate order of the oral argument date and the composition of the merits panel. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**